## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

---

**TRACIE LYNN NORRIS**                                                            **PLAINTIFF**

**V.**                                                      **CASE NO. 3:08CV118**

**TUPELO PCH, LLC d/b/a**
**MAGNOLIA MANOR AT TUPELO**                                **DEFENDANT**

---

### VERDICT FORM

Has Plaintiff proven by a preponderance of the evidence that her sick child played a role in Magnolia Manor's decision making process and had a determinative influence on the outcome (discrimination need not be the sole reason for the adverse employment action)?

Yes _✓_ No ____

If "no," answer no further questions. If "yes," proceed to next question.

Has Magnolia Manor proven by a preponderance of the evidence that it would nevertheless have taken the same action even if it had not considered Plaintiff's sick child?

Yes ____ No _✓_

If "yes," answer no further questions. If "no," proceed to next question.

What damages do you award Plaintiff against Magnolia Manor?

$ _2,400_

This the _21_ day of January, 2011.

_Michelle Morris_
JURY FOREPERSON