IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| TRACIE LYNN NORRIS | PLAINTIFF |
| V. | CASE NO. 3:08CV118 |
| TUPELO PCH, LLC d/b/a MAGNOLIA MANOR AT TUPELO | DEFENDANT |

### VERDICT FORM

Has Plaintiff proven by a preponderance of the evidence that Magnolia Manor acted with malice or reckless indifference to Plaintiff's federally protected rights under the Americans with Disabilities Act?

Yes____ No __✓__

If "no," answer no further questions. If "yes," proceed to the next question.

What punitive damages do you award Plaintiff against Magnolia Manor?

$ _____

This the _21_ day of January, 2011.

_____Michelle Morris_____
JURY FOREPERSON