## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**TRACIE LYNN NORRIS**                                                         **PLAINTIFF**

**VERSUS**                                                          **CASE NUMBER: 3:08CV118**

**TUPELO PCH, LLC d/b/a**                                                      **DEFENDANT**
**MAGNOLIA MANOR AT TUPELO**

### JUDGMENT IN A CIVIL CASE

This action came on for trial before the Court and a jury, Honorable Michael P. Mills, Chief U.S. District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

**IT IS ORDERED AND ADJUDGED:**

That the plaintiff, TRACIE LYNN NORRIS do have of and recover from the defendant, TUPELO PCH, d/b/a MAGNOLIA MANOR AT TUPELO, the SUM of TWO THOUSAND FOUR HUNDRED DOLLARS ($2,400.00) in actual damages with an interest rate thereon at the rate of .27 percent as provided by law, and its costs of action.

This the 28TH day of JANUARY, 2011.

                DAVID CREWS
                Clerk of the Court

                /s/ Sallie Wilkerson
                (By) Deputy Clerk