# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**TRACIE LYNN NORRIS**                                                                                      **PLAINTIFF**

**V.**                                                            **CASE NO. 3:08CV118**

**TUPELO PCH, LLC d/b/a**
**MAGNOLIA MANOR AT TUPELO**                                              **DEFENDANT**

## ORDER

In light of Plaintiff's reinstatement by Defendant Magnolia Manor, Plaintiff's motion **[94]** for reinstatement or, in the alternative, for front pay is hereby dismissed as moot.

This the 17th day of March, 2011.

                                            **/s/ MICHAEL P. MILLS**
                                            **CHIEF JUDGE**
                                            **UNITED STATES DISTRICT COURT**
                                            **NORTHERN DISTRICT OF MISSISSIPPI**