**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**TRACIE LYNN NORRIS**                                                      **PLAINTIFF**

**VS.**                                                       **CIVIL ACTION NO. 3:08CV118-MPM**

**TUPELO PCH, LLC d/b/a
MAGNOLIA MANOR AT TUPELO**                                **DEFENDANT**

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES
AND EXPENSES**

COMES NOW Plaintiff Tracie Norris, by and through counsel, as the prevailing party in this action, and moves this Court for an award of reasonable attorneys' fees and expenses. The following exhibits support this motion:

    Exhibit "A":    Affidavit of Jim Waide, Ron L. Woodruff, and Rachel M. Pierce;

    Exhibit "B":    Memorandum Opinion in the case styled *Cliff Hardy v. City of Tupelo, Mississippi*; U.S.D.C. No. 1:08-cv-28-SA;

    Exhibit "C":    Declaration of Taylor B. Smith;

    Exhibit "D":    Affidavit of Armin J. Moeller; and

    Exhibit "E":    Laffey Matrix, categorizing attorneys' fees based upon number of years in practice.

A brief in support of this motion is being served simultaneously herewith.

WHEREFORE, Plaintiff prays reasonable attorneys' fees, in an amount to be set by this Court, be granted. Additionally, out-of-pocket expenses in the amount of $2,531.85 should be granted.

00222834.WPD

RESPECTFULLY SUBMITTED, this the 9th day of August, 2011.

                        TRACIE LYNN NORRIS, Plaintiff

        By:    */s/ Rachel M. Pierce*
                 Jim Waide, MS Bar No. 6857
                 Rachel M. Pierce, MS Bar No. 100420
                 Ron L. Woodruff, MS Bar No. 100391
                 WAIDE & ASSOCIATES, P.A.
                 332 North Spring Street
                 Tupelo, MS 38804-3955
                 Post Office Box 1357
                 Tupelo, MS 38802-1357
                 Telephone: (662) 842-7324
                 Telecopier: (662) 842-8056
                 Email: waide@waidelaw.com
                           rpierce@waidelaw.com
                           rlw@waidelaw.com

                 ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing **Plaintiff's Motion for Attorneys' Fees and Expenses** with the Clerk of the Court, utilizing the federal court electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**George E. Dent, Esquire**
**Greer, Russell, Dent & Leathers, PLLC**
**Post Office Box 907**
**Tupelo, MS 38802-0907**
**gdent@greerlawfirm.com**
**clong@greerlawfirm.com**
**jself@greerlawfirm.com**

THIS, the 9th day of August, 2011.

*/s/ Rachel M. Pierce*
Rachel M. Pierce